Robert C. O'Brien (SBN 154372)
Jerrold Abeles (SBN 138464)
David G. Bayles (SBN 208112)
ARENT FOX LLP
445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071
Tel.(213) 629-7400      Fax (213) 629-7401

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Connie A. Nagrampa | CASE NUMBER: |
| | CV-03-00208 MJJ |
| v.    Plaintiff(s) | |
| MailCoups, Inc. | **SUBSTITUTION OF ATTORNEY** |
| Defendant(s) | |

MailCoups, Inc.       [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes   Robert C. O'Brien, Jerrold Abeles, David G. Bayles   who is

[X] Retained Counsel  [ ] Court Appointed Counsel  [ ] Pro Per   Arent Fox LLP, 445 S. Figueroa St., Suite 3750
                                                                  *Street Address*

Los Angeles, CA 90071        (213) 629-7400        (213) 629-7401        154372/138464/208112
*City, State, Zip Code*        *Telephone Number*      *Facsimile Number*       *State Bar Number*

as attorney of record in the place and stead of   Glenn J. Plattner
                                                   *Present Attorney*

Dated: April 24, 2007

_____
*Signature of Party*

Name: William Matthews

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: April 17, 2007

_____
*Signature of Present Attorney*

Glenn J. Plattner

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: April 30, 2007

_____
*Signature of New Attorney*

Jerrold Abeles

Substitution of Attorney is hereby   [ ] Approved.   [ ] Denied.

Dated:   7/23/2007

_____
United States District Judge / Magistrate Judge

**NOTICE TO COUNSEL:**   *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at www.cacd.uscourts.gov.*

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                                                                 G01

## CONNIE A. NAGRAMPA V. MAILCOUPS, INC.
## CASE NO. CV-03-00208 MJJ

## PROOF OF SERVICE

I am a citizen of the United States. My business address is ARENT FOX LLP, 445 South Figueroa Street, Suite 3750, Los Angeles, California 90071. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

## SUBSTITUTION OF ATTORNEY

(BY FAX) I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) listed on the attached list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service.

X   (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) listed on the attached list, and sealed and placed the envelopes for collection and mailing following ordinary business practices.

(BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached list.

(BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to the person(s) on the attached list.

## SEE ATTACHED SERVICE LIST

☒   (Federal) I certify under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2007, at Los Angeles, California.

_____
Vivian La Barreda

ARENT FOX LLP
445 S. Figueroa Street
Suite 3750
Los Angeles, CA 90071
(213) 629-7400
(213) 629-7401

PROOF OF SERVICE

# CONNIE A. NAGRAMPA V. MAILCOUPS, INC.
## CASE NO. CV-03-00208 MJJ

## SERVICE LIST

| | |
|---|---|
| Sanford M. Cipinko, Esq.<br>Law Offices of Sanford M. Cipinko<br>55 Francisco Street, Suite 403<br>San Francisco, CA 94133<br><br>Tel.: (415) 693-9905<br>Fax: (415) 693-9904 | Attorneys For Plaintiff<br>CONNIE A. NAGRAMPA |
| John S. Warnlof, Esq.<br>Lipton Warnlof Hallbauer & Sumnick<br>2033 Main Street, Suite 750<br>Walnut Creek, CA 94596<br><br>Tel.: (925) 937-9200<br>Fax: (925) 937-9278 | Attorneys For Defendant<br>THE AMERICAN ARBITRATION ASSOCIATION |
| Glenn J. Plattner, Esq.<br>Bryan Cave LLP<br>120 Broadway, Suite 300<br>Santa Monica, CA 90401<br><br>Tel.: (310) 576-2100<br>Fax: (310) 576-2200 | Former Counsel for Defendant<br>MAILCOUPS INC. |