UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

CONNIE A. NAGRAMPA,
Plaintiff,

v.

MAILCOUPS, INC.; THE AMERICAN ARBITRATION ASSOCIATION; and DOES 1 to 25 inclusive,
Defendant.

CASE NO. CV-03-00208 MJJ

ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

J. Allen Holland, Jr., an active member in good standing of the Bar of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the Supreme Court of the United States, whose business address is:

101 Federal Street, 22nd Floor
Boston, Massachusetts, 02110
(617) 951-0800

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mailcoups, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: _____

Martin J. Jenkins
United States ~~Magistrate~~ Judge
District

268786_1

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
LA/73826.1

# CONNIE A. NAGRAMPA V. MAILCOUPS, INC.
# CASE NO. CV-03-00208 MJJ

# PROOF OF SERVICE

I am a citizen of the United States. My business address is ARENT FOX LLP, 555 W. 5th Street, Los Angeles, California 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:
# ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

|   | |
|---|---|
|   | (BY FAX) I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) listed on the attached list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service. |
| X | (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) listed on the attached list, and sealed and placed the envelopes for collection and mailing following ordinary business practices. |
|   | (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached list. |
|   | (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to the person(s) on the attached list. |

| | |
|---|---|
| Sanford M. Cipinko, Esq.<br>Jeremy Cloyd, Esq.<br>Law Offices of Sanford M. Cipinko<br>55 Francisco Street, Suite 403<br>San Francisco, CA 94133 | Attorneys for Plaintiff<br>Connie A. Nagrampa |

☒ (Federal) I certify under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2007, at Los Angeles, California.

_____
Vivian La Barreda

ARENT FOX LLP

PROOF OF SERVICE