IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NAGRAMPA,

    Plaintiff,

v.

MAILCOUPS INC. ET AL,

    Defendant.

No. C 03-00208 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

EXPERT DISCOVERY CUTOFF is July 18, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by July 27, 2008;

    Opp. Due August 8, 2008; Reply Due August 15, 2008;

    and set for hearing no later than August 29, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 7, 2008 at 3:30 PM.

Jury TRIAL DATE: October 20, 2008 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court accepts all dates previously ordered by Judge Jenkins except as indicated above.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

                              SUSAN ILLSTON
                              United States District Judge