| | |
|---|---|
| 1 | JERROLD ABELES, State Bar No. 138464<br>ARENT FOX LLP |
| 2 | 555 W. Fifth Street, 48th Floor<br>Los Angeles, CA  90013 |
| 3 | Telephone:  213-629-7400<br>Facsimile:   213-629-7401 |
| 4 | E-mail:  abeles.jerry@arentfox.com |
| 5 | Attorneys for Defendant and Counterclaimant<br>MAILCOUPS INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNIE A. NAGRAMPA,<br><br>       Plaintiff,<br><br>v.<br><br>MAILCOUPS INC.; THE AMERICAN ARBITRATION ASSOCIATION; and DOES 1-25 INCLUSIVE,<br><br>       Defendants. | Case No.  C 03-00208 SI<br><br>**STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE SPERO;**<br><br>**[PROPOSED]**<br>**ORDER** |
| MAILCOUPS INC.,<br><br>       Counterclaimant,<br><br>v.<br><br>CONNIE A. NAGRAMPA,<br><br>       Counterdefendant. | |

WHEREAS, the Court has scheduled a Settlement Conference with Magistrate Judge Spero for Monday, June 2, 2008;

WHEREAS, due to a pre-existing family commitment, Bill Matthews, the party representative for Defendant and Counterclaimant MailCoups Inc., is unable

to travel from his residence and place of employment in Massachusetts to San Francisco to appear for the Settlement Conference on June 2, 2008;

WHEREAS, counsel for the parties have conferred about the conflict, and have determined that both parties and their counsel are available to participate in a Settlement Conference on Thursday, June 5, 2008, before Magistrate Judge Spero; and

WHEREAS, counsel for MailCoups has confirmed that Magistrate Judge Spero is available to conduct a Settlement Conference with the parties in this case on June 5, 2008.

THEREFORE, the parties request that the Court allow them to participate in the Settlement Conference on June 5, 2008, rather than on June 2, 2008.

SO STIPULATED.

Date: March 20, 2008        LAW OFFICES OF SANFORD M. CIPINKO


By: _____/s/_____
    SANFORD M. CIPINKO

Attorneys for Plaintiff and Counterdefendant
CONNIE A. NAGRAMPA

Date: March 20, 2008        ARENT FOX LLP


By: _____/s/_____
    JERROLD ABELES

Attorneys for Defendant and Counterclaimant
MAILCOUPS INC.

## ORDER

The Court, having considered the attached Stipulation, and good cause appearing, hereby Orders:

1. The Settlement Conference currently scheduled for June 2, 2008 is advanced to this date and vacated.

2. A new Settlement Conference is set before Magistrate Judge Spero for Thursday, June 5, 2008, at 9:30 a.m. in Courtroom A.

3. The parties shall each submit a Settlement Conference Statement to Judge Spero 14 calendar days before the Settlement Conference.

SO ORDERED.

Date: __March 21, 2008_____ _____



- 3 -

**STIPULATION TO CONTINUE DATE FOR SETTLEMENT CONF - CV 03-00208 SI**

# CONNIE A. NAGRAMPA V. MAILCOUPS, INC.
# CASE NO. CV-03-00208 MJJ
# PROOF OF SERVICE

I am a citizen of the United States. My business address is ARENT FOX LLP, 555 W. 5th Street, Los Angeles, California 90013. I am employed in the County of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On the date set forth below, according to ordinary business practice, I served the foregoing document(s) described as:

|   |   |
|---|---|
|   | (BY FAX) I transmitted via facsimile, from facsimile number (213) 629-7401, the document(s) to the person(s) listed on the attached list at the fax number(s) set forth therein, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is attached to this Proof of Service. |
| **X** | **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) listed on the attached list, and sealed and placed the envelopes for collection and mailing following ordinary business practices. |
|   | (BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) on the attached list. |
|   | (BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) on the attached list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to the person(s) on the attached list. |

| | |
|---|---|
| J. Allen Holland, Jr.<br>Lynch Brewer Hoffman & Fink LLP<br>101 Federal Street<br>22nd Floor<br>Boston, MA 02110-1800 | Attorneys for Defendant<br>MAILCOUPS, INC. |

☒ (Federal) I certify under the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2008, at Los Angeles, California.

/S/
―――――――――――――
Vivian La Barreda

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES