SANFORD M. CIPINKO, Esq., SBN 88102
JEREMY CLOYD, Esq., SBN 239991
YULIYA MAGOMEDOV, Esq., SBN 251964
LAW OFFICES OF SANFORD M. CIPINKO
55 FRANCISCO STREET, SUITE 403
SAN FRANCISCO, CA 94133
VOICE:      (415) 693-9905
FACSIMILE: (415) 693-9904

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNIE A. NAGRAMPA,<br><br>Plaintiff,<br><br>v.<br><br>MAILCOUPS, INC.; THE AMERICAN ARBITRATION ASSOCIATION; and DOES 1 to 25 inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-03-00208 SI<br><br>1. STIPULATION EXTENDING TIME FOR OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION<br><br>2. STIPULATION EXTENDING EXPERT DISCOVERY CUT-OFF DATE<br><br>3. STIPULATION TO VACATE AND RESET TRIAL DATE<br><br>4. [PROPOSED] ORDER<br><br>Court:    Room 10, 19th Floor<br>Judge:    Hon. Susan Illston |

IT IS HEREBY STIPULATED by and between the parties through their counsel of record as follows:

OPPOSITION AND REPLY DATES FOR MOTION FOR SUMMARY ADJUDICATION:

1. Plaintiff's opposition to MailCoups' motion for summary adjudication shall be due on August 15, 2008;

2. Defendant's reply to plaintiff's opposition shall be due either,

---

STIPULATION EXTENDING TIME TO RESPOND AND EXPERT DISCOVERY CUTOFF DATE;    1
STIPULATION TO VACATE AND RESET TRIAL DATE

1   a) If the hearing date on the motion remains set on August 29, 2008,
2   MailCoups' reply will be due on August 22, 2008; or
3   b) If the Court continues the hearing to a later date, MailCoups' response
4   will be due two ~~weeks after service of plaintiff's opposition~~ (i.e.,
5   September 5, 2008).

**EXTENDING EXPERT DISCOVERY CUT-OFF DATE**

3. The parties stipulate and respectfully request the Court to order that:

   a) The current cut-off date for the completion of expert discovery shall be vacated, and

   b) The new cut-off date for the completion of expert discovery shall be either ~~September 19, 2008~~ 10/13/08 ~~(three weeks after the current hearing date on the motion for summary adjudication)~~, ~~OR three weeks after the hearing on the motion for summary adjudication if the current hearing date is rescheduled.~~

**VACATING AND RESETTING TRIAL DATE:**

4. The parties stipulate and respectfully request the Court to order that:

   a) The pretrial conference and trial dates of October 7 and October 20, 2008 respectively shall be vacated, and

   b) The pretrial and trial dates shall be reset to a date convenient to the Court and parties between January and March 2009.

///
///
///
///
///
///

1 | The parties shall submit a joint statement of dates on which they are available for
2 | trial within two weeks of the date of the Court's order on this stipulation.
3 | **FACSIMILE SIGNATURES**
4 | Facsimile copies of signatures may be used as originals for purposes of this
5 | stipulation.
6 | DATED: August 14, 2008    LAW OFFICES OF SANFORD M. CIPINKO

By: _____
SANFORD M. CIPINKO
Attorneys for Plaintiff and Counterdefendant
CONNIE A. NAGRAMPA

DATED: August 14, 2008    ARENT FOX LLP

By: _____
JERROLD ABELES
Attorneys for Defendant and Counterclaimant
MAILCOUPS, INC

STIPULATION EXTENDING TIME TO RESPOND AND EXPERT DISCOVERY CUTOFF DATE;    3
STIPULATION TO VACATE AND RESET TRIAL DATE

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONNIE A. NAGRAMPA<br><br>Plaintiff,<br><br>v.<br><br>MAILCOUPS, INC.; THE AMERICAN ARBITRATION ASSOCIATION; and DOES 1 to 25 Inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-03-00208 MJJ<br><br>[PROPOSED] ORDER:<br><br>1. EXTENDING TIME FOR OPPOSITION TO MOTION FOR SUMMARY ADJUDICATION<br><br>2. RESETTING EXPERT DISCOVERY COMPLETION DATE<br><br>and<br><br>3. VACATING AND RESETTING TRIAL DATE |

GOOD CAUSE APPEARING IT IS HEREBY ORDERED AS FOLLOWS:

1.  Plaintiff Connie Nagrampa's opposition to defendant MailCoups, Inc.'s motion for summary adjudication shall be due on August 15, 2008;

2.  MailCoups, Inc.'s reply supporting its motion for summary adjudication shall be due on ___9/5/08___, 2008;

3.  MailCoups, Inc.'s motion for summary adjudication shall be heard on ___9/22/08___, 2008;

4.  The existing expert discovery cut-off date is vacated and rescheduled to ___10/13/08___, 2008;

ORDER EXTENDING TIME TO RESPOND AND EXPERT DISCOVERY CUTOFF DATE; ORDER VACATING AND RESETTING TRIAL DATE     4

5. The pretrial and trial dates of October 7 and October 20, 2008 respectively are hereby vacated, and new pretrial and trial dates shall be set for dates between January and March 2008; and

6. Counsel for the parties are ordered to submit a joint statement of dates on which they are available for trial within two weeks of the date of this order.

DATED: _____

_____
Susan Illston, District Judge

ORDER EXTENDING TIME TO RESPOND, RESETTING EXPERT DISCOVERY CUT-OFF, VACATING AND RESETTING TRIAL DATE    5