**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    NAGRAMPA,                                    No. C 03-00208 SI

6              Plaintiff,                         **ORDER OF DISMISSAL UPON SETTLEMENT**

7       v.

8    MAILCOUPS INC. ET AL,

9              Defendant.
                                              /

10

11          The parties to the action, by their counsel, have advised the court that they have agreed

12   to a settlement.

13          IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that

14   if any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel,

15   within ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order

16   shall be vacated and this cause shall forthwith be restored to the calendar for further proceedings.

17

18   Dated:                                    _____
                                               SUSAN ILLSTON
19                                             United States District Judge

20

21

22

23

24

25

26

27

28